# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Larry Russell Reddinger Jr.  
        Debtor(s)

CHAPTER 13

BKY. NO. 23-10338 GLT

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of LAKEVIEW LOAN SERVICING LLC and index same on the master mailing list.

Respectfully submitted,

/s/ *Denise Carlon*  
Denise Carlon  
30 Jun 2023, 12:26:18, EDT

Brian C. Nicholas, Esq. (317240) ☐  
Denise Carlon, Esq. (317226) ☑  
KML Law Group, P.C.  
BNY Mellon Independence Center  
701 Market Street, Suite 5000  
Philadelphia, PA 19106  
412-430-3594  
bkgroup@kmllawgroup.com