# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 23-10338-JCM |
| | : | |
| **Larry Russell Reddinger Jr.** | : | CHAPTER 13 |
| **Debtor** | : | |
| | : | |

## VERIFICATION REGARDING PROOF OF INCOME

I, Larry Russell Reddinger Jr., hereby state as follows:

1.) I am self-employed where I bring home an average of $3,957.83 per month.
2.) I also receive Food Stamps in the amount of $993.00 per month.
3.) I have submitted to the Trustee proof of income from all sources I have in my possession.
4.) I was required to file 2021 – 2022 tax returns; therefore, I have submitted the same to the Trustee.

    I declare under penalty of perjury that I have read the foregoing Statement, and it is true and correct to the best of my knowledge, information, and belief.

Date: July 24, 2023         /s/ Larry Russell Reddinger Jr.
                                                 Debtor

M.S.                    **REDDINGER JR., LARRY RUSSELL**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 23-10338-JCM |
| | : | |
| Larry Russell Reddinger Jr. | : | CHAPTER 13 |
| Debtor | : | |
| | : | |

### PAYMENT ADVICES FOR THE PRIOR SIXTY (60) DAYS (PROOF OF INCOME)

**DATES OF ENCLOSED PAYMENT ADVICES:**

N/A

**Next Payment Advice Expected (post-filing):**

N/A

M.S.          **REDDINGER JR., LARRY RUSSELL**