**WWR #** 041237549

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ) | |
| Larry Russell Reddinger Jr, ) | Bankruptcy No. 23-10338-JCM |
| Debtor, ) | |
| ) | Chapter 13 |
| Ford Motor Credit Company, LLC, ) | |
| Movant, ) | |
| ) | |
| v. ) | |
| ) | |
| Larry Russell Reddinger Jr, Debtor ) | |
| Ronda J. Winnecour, Trustee ) | |
| Respondents. ) | |

**NOTICE OF HEARING AND RESPONSE DEADLINE REGARDING MOTION OF FORD MOTOR CREDIT COMPANY, LLC FOR RELIEF FROM AUTOMATIC STAY AND WAIVER OF 14-DAY STAY UNDER FED. BANKR. RULE 4001(a)(3) AND FOR CO-DEBTOR RELIEF PURSUANT TO SECTION 1301**

TO THE RESPONDENT(S):

You are hereby notified that the Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than February 19, 2024 (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A hearing will be held on March 5, 2024, at 01:30 p.m. before Judge John C. Melaragno in Courtroom C, Erie Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date of Service: February 2, 2024

/s/Garry Masterson
Garry Masterson, Bar No. CA297208
Weltman, Weinberg & Reis Co., L.P.A.
Attorney for Movant
965 Keynote Circle
Cleveland, OH 44131
216-672-6984
gmasterson@weltman.com