IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| Larry Russell Reddinger Jr, | ) | Bankruptcy No. 23-10338-JCM |
|     Debtor, | ) | |
| | ) | Chapter 13 |
| Ford Motor Credit Company, LLC, | ) | |
|     Movant, | ) | Related to: Document No. 42 |
| | ) | |
| v. | ) | |
| | ) | |
| Larry Russell Reddinger Jr, Debtor | ) | |
| Ronda J. Winnecour, Trustee | ) | |
|     Respondents. | ) | |

### ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY AND FOR CO-DEBTOR RELIEF PURSUANT TO SECTION 1301.

    This cause came on for hearing this __21st__ day of __February__, 2024, in said District, upon the Motion of Ford Motor Credit Company, LLC for Relief from Automatic Stay and Co-Debtor Relief. Upon statements of counsel, the evidence and law:

    This Court FINDS that Ford Motor Credit Company, LLC, Movant herein, is a creditor of the estate by virtue of a certain Pennsylvania Vehicle Retail Installment Contract with the Debtor and Co-Debtor, Danielle J. Reddinger, secured by a 2019 Ford F-150, VIN: 1FTEW1E50KFC17580; that the Movant has not been adequately protected; that the Debtor has diminishing equity in the property and that said property is of inconsequential value to the estate; and that the Movant is entitled to the relief prayed for in accordance with the terms set forth herein.

    IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Ford Motor Credit Company, LLC be and is hereby granted relief from the Automatic Stay and Co-Debtor Stay to take the necessary steps to repossess and liquidate its collateral referenced herein.

_____
John C. Melaragno, Judge  glb
United States Bankruptcy Court

SIGNED
2/21/24 11:36 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                         Case No. 23-10338-JCM

Larry Russell Reddinger, Jr.                                                                   Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1                User: auto                                       Page 1 of 2

Date Rcvd: Feb 21, 2024           Form ID: pdf900                             Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 23, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Larry Russell Reddinger, Jr., 5506 US 322, Franklin, PA 16323-7952 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2024                           Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 21, 2024 at the address(es) listed below:**

**Name**                  **Email Address**

Daniel P. Foster
    on behalf of Plaintiff Larry Russell Reddinger  Jr. dan@mrdebtbuster.com, katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Daniel P. Foster
    on behalf of Debtor Larry Russell Reddinger  Jr. dan@mrdebtbuster.com, katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Denise Carlon
    on behalf of Creditor LAKEVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com

Garry Alan Masterson
    on behalf of Creditor Ford Motor Credit Company  LLC pitecf@weltman.com, gmasterson@weltman.com

Jill Locnikar
    on behalf of Creditor United States of America  Small Business Administration jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 2 of 2 |
| Date Rcvd: Feb 21, 2024 | Form ID: pdf900 | Total Noticed: 1 |

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Peter E. Meltzer
    on behalf of Defendant One Main Financial bankruptcy@wglaw.com ibernatski@wglaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 8