FORM JCM 005

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No: 23-10338-JCM |
| | : | |
| **Larry Russell Reddinger, Jr.** | : | Chapter 13 |
| Debtor, | : | |
| | : | Related to Docket No: 56 |
| **Larry Russell Reddinger, Jr.** | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee, | : | |
| Respondent. | : | |

**NOTICE OF HEARING AND RESPONSE DEADLINE**
**REGARDING DEBTOR'S MOTION TO DISMISS CHAPTER 13 CASE**

TO THE RESPONDENT(S):

You are hereby notified that the Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than May 22, 2025 (*i.e.*, seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A hearing will be held on June 17, 2025 at 2:00 P.M. before Judge John C. Melaragno in Erie Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

| | |
|---|---|
| Date of Service: <u>May 5, 2025</u> | Respectfully submitted,<br><u>/s/ Daniel P. Foster, Esquire</u><br>Daniel P. Foster<br>PA I.D. # 92376<br>Foster Law Offices<br>1210 Park Avenue<br>Meadville, PA 16335<br>Phone:  814.724.1165<br>Fax: 814.724.1158<br>Email: dan@mrdebtbuster.com<br>Attorney for Debtor |

**CERTIFICATE OF SERVICE**

      I, the undersigned Paralegal of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the *Debtor's Motion to Dismiss Chapter 13 Case, Proposed Order* and *Notice of Hearing* by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: May 5, 2025

*By: /s/ Caitlyn Campbell*
Caitlyn Campbell, PARALEGAL
FOSTER LAW OFFICES
1210 Park Avenue
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.115

```
Label Matrix for local noticing          Ford Motor Credit Company, LLC           United States of America, Small Business Adm
0315-1                                   c/o Weltman, Weinberg & Reis, Co., L.P.A  c/o U.S. Attorney's Office
Case 23-10338-JCM                        965 Keynote Circle                       700 Grant Street, Suite 4000
WESTERN DISTRICT OF PENNSYLVANIA         Cleveland, OH 44131-1829                 Pittsburgh, PA 15219-1956
Erie
Mon May  5 10:43:27 EDT 2025

1                                        Capital One                              (p)CREDIT CONTROL   LLC
U.S. Bankruptcy Court                    Attn: Bankruptcy                         ATTN CORRESPONDENCE
U.S. Courthouse, Room B160               Po Box 30285                             3300 RIDER TRAIL S
17 South Park Row                        Salt Lake City, UT 84130-0285            SUITE 500
Erie, PA 16501-1169                                                               EARTH CITY MO 63045-1338

Citibank/The Home Depot                  Credit Acceptance                        (p)FORD MOTOR CREDIT COMPANY
Citicorp Cr Srvs/Centralized Bankruptcy  Attn: Bankruptcy                         P O BOX 62180
Po Box 790040                            25505 West 12 Mile Road Ste 3000         COLORADO SPRINGS CO 80962-2180
St Louis, MO 63179-0040                  Southfield, MI 48034-8331


LAKEVIEW LOAN SERVICING LLC              Lincoln Automotive Fin                   (p)M&T BANK
C/O M&T BANK                             Attn: Bankrutcy                          LEGAL DOCUMENT PROCESSING
PO BOX 840                               Po Box 54200                             626 COMMERCE DRIVE
Buffalo, NY 14240-0840                   Omaha, NE 68154-8000                     AMHERST NY 14228-2307


Office of the United States Trustee      OneMain Financial                        OneMain Financial
1000 Liberty Avenue                      Attn: Bankruptcy                         Po Box 1010
Suite 1316                               Po Box 3251                              Evansville, IN 47706-1010
Pittsburgh, PA 15222-4013                Evansville, IN 47731-3251


PA Department of Labor & Industry        (p)RFFC FINANCIAL LLC                    (p)SPRINGLEAF FINANCIAL SERVICES
Attn: Joe Kots                           2912 W DAVIS ST SUITE 200                P O BOX 3251
625 Cherry Street                        CONROE TX 77304-2042                     EVANSVILLE IN 47731-3251
Room 203
Reading, PA 19602-1152


(p)SUN WEST MORTGAGE COMPANY INC         Syncb/ccdstr                             Td Auto Finance
18000 STUDEBAKER ROAD                    Attn: Bankruptcy                         Attn: Bankruptcy
SUITE 200                                Po Box 965060                            Po Box 9223
CERRITOS CA 90703-2680                   Orlando, FL 32896-5060                   Farmington Hills, MI 48333-9223


U.S. Small Business Administration       United States of America                 Verizon
409 3rd Street Southwest                 Small Business Administration            by American InfoSource as agent
Washington, DC 20416-0002                c/o Anthony Arroyo                       PO Box 4457
                                         660 American Avenue, Suite 301           Houston, TX  77210-4457
                                         King of Prussia, PA 19406-4032


Wells Fargo Dealer Services              Daniel P. Foster                         Larry Russell Reddinger Jr.
Attn: Bankruptcy                         Foster Law Offices                       5506 US 322
1100 Corporate Center Drive              1210 Park Avenue                         Franklin, PA 16323-7952
Raleigh, NC 27607-5066                   Meadville, PA 16335-3110



Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Central Loan Admin & R<br>Po Box 77404<br>Ewing, NJ 08628 | Ford Motor Credit Company, LLC<br>Dept 55953, P.O. Box 55000<br>Detroit, MI 48255-0953 | M & T Bank<br>Attn: Bankruptcy<br>Po Box 844<br>Buffalo, NY 14240 |
| RFFC Financial<br>Attn: Bankruptcy<br>2912 West Davis Rd Building 200<br>Conroe, TX 77304 | Springleaf Financial S<br>18947 Park Avenue Plaza<br>Meadville, PA 16335 | Sun West Mortgage Company, Inc.<br>18303 Gridley Rd<br>Cerritos, CA 90703 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)LAKEVIEW LOAN SERVICING LLC

End of Label Matrix
Mailable recipients   27
Bypassed recipients    1
Total                 28