**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No: 23-10338-JCM |
| | : | |
| **Larry Russell Reddinger, Jr.** | : | Chapter 13 |
| Debtor, | : | |
| | : | Related to Docket No(s): 56-57 |
| **Larry Russell Reddinger, Jr.** | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee, | : | |
| Respondent. | : | |

**CERTIFICATE OF NO OBJECTION**

The undersigned hereby certifies that, as of the date hereof, no Answer, Objection or other Responsive Pleading to the *DEBTOR'S MOTION TO DISMISS CHAPTER 13 CASE*, filed on May 5, 2025, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no Answer, Objection or other Responsive Pleading to the Complaint appears thereon. Pursuant to the Notice of Hearing, Objections to the Complaint were to be filed and served no later than May 22, 2025.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Date: May 23, 2025

Respectfully submitted,
/s/ Daniel P. Foster, Esquire
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335
Phone: 814.724.1165
Fax: 814.724.1158
Email: dan@mrdebtbuster.com
Attorney for Debtor

**CERTIFICATE OF SERVICE**

   I, the undersigned Paralegal of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the *Certificate of No Objection regarding Debtor's Motion to Dismiss Chapter 13 Case* by First-Class Mail, U.S. Postage Paid on the parties below*.

| | |
|---|---|
| Executed on: **May 23, 2025** | *By: /s/ Kathryn Schwartz* |
| | Kathryn Schwartz, PARALEGAL |
| | FOSTER LAW OFFICES |
| | 1210 Park Avenue |
| | Meadville, PA 16335 |
| | Tel 814.724.1165 |
| | Fax 814.724.1158 |

```
Label Matrix for local noticing          Ford Motor Credit Company, LLC           United States of America, Small Business Adm
0315-1                                   c/o Weltman, Weinberg & Reis, Co., L.P.A  c/o U.S. Attorney's Office
Case 23-10338-JCM                        965 Keynote Circle                        700 Grant Street, Suite 4000
WESTERN DISTRICT OF PENNSYLVANIA         Cleveland, OH 44131-1829                  Pittsburgh, PA 15219-1956
Erie
Mon May  5 10:43:27 EDT 2025

1                                        Capital One                               (p)CREDIT CONTROL  LLC
U.S. Bankruptcy Court                    Attn: Bankruptcy                          ATTN CORRESPONDENCE
U.S. Courthouse, Room B160               Po Box 30285                              3300 RIDER TRAIL S
17 South Park Row                        Salt Lake City, UT 84130-0285             SUITE 500
Erie, PA 16501-1169                                                                EARTH CITY MO 63045-1338

Citibank/The Home Depot                  Credit Acceptance                         (p)FORD MOTOR CREDIT COMPANY
Citicorp Cr Srvs/Centralized Bankruptcy  Attn: Bankruptcy                          P O BOX 62180
Po Box 790040                            25505 West 12 Mile Road Ste 3000          COLORADO SPRINGS CO 80962-2180
St Louis, MO 63179-0040                  Southfield, MI 48034-8331

LAKEVIEW LOAN SERVICING LLC              Lincoln Automotive Fin                    (p)M&T BANK
C/O M&T BANK                             Attn: Bankrutcy                           LEGAL DOCUMENT PROCESSING
PO BOX 840                               Po Box 54200                              626 COMMERCE DRIVE
Buffalo, NY 14240-0840                   Omaha, NE 68154-8000                      AMHERST NY 14228-2307

Office of the United States Trustee      OneMain Financial                         OneMain Financial
1000 Liberty Avenue                      Attn: Bankruptcy                          Po Box 1010
Suite 1316                               Po Box 3251                               Evansville, IN 47706-1010
Pittsburgh, PA 15222-4013                Evansville, IN 47731-3251

PA Department of Labor & Industry        (p)RFFC FINANCIAL LLC                     (p)SPRINGLEAF FINANCIAL SERVICES
Attn: Joe Kots                           2912 W DAVIS ST SUITE 200                 P O BOX 3251
625 Cherry Street                        CONROE TX 77304-2042                      EVANSVILLE IN 47731-3251
Room 203
Reading, PA 19602-1152

(p)SUN WEST MORTGAGE COMPANY INC         Syncb/ccdstr                              Td Auto Finance
18000 STUDEBAKER ROAD                    Attn: Bankruptcy                          Attn: Bankruptcy
SUITE 200                                Po Box 965060                             Po Box 9223
CERRITOS CA 90703-2680                   Orlando, FL 32896-5060                    Farmington Hills, MI 48333-9223

U.S. Small Business Administration       United States of America                  Verizon
409 3rd Street Southwest                 Small Business Administration             by American InfoSource as agent
Washington, DC 20416-0002                c/o Anthony Arroyo                        PO Box 4457
                                         660 American Avenue, Suite 301            Houston, TX  77210-4457
                                         King of Prussia, PA 19406-4032

Wells Fargo Dealer Services              Daniel P. Foster                          Larry Russell Reddinger Jr.
Attn: Bankruptcy                         Foster Law Offices                        5506 US 322
1100 Corporate Center Drive              1210 Park Avenue                          Franklin, PA 16323-7952
Raleigh, NC 27607-5066                   Meadville, PA 16335-3110


Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| Central Loan Admin & R<br>Po Box 77404<br>Ewing, NJ 08628 | Ford Motor Credit Company, LLC<br>Dept 55953, P.O. Box 55000<br>Detroit, MI 48255-0953 | M & T Bank<br>Attn: Bankruptcy<br>Po Box 844<br>Buffalo, NY 14240 |
|---|---|---|
| RFFC Financial<br>Attn: Bankruptcy<br>2912 West Davis Rd Building 200<br>Conroe, TX 77304 | Springleaf Financial S<br>18947 Park Avenue Plaza<br>Meadville, PA 16335 | Sun West Mortgage Company, Inc.<br>18303 Gridley Rd<br>Cerritos, CA 90703 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)LAKEVIEW LOAN SERVICING LLC         End of Label Matrix
                                       Mailable recipients    27
                                       Bypassed recipients     1
                                       Total                  28