**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>LARRY RUSSELL REDDINGER, JR.<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>    Movant<br>    vs.<br>No Respondents. | Case No.:23-10338<br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 06/23/2023 and confirmed on 09/11/2023. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 24,677.00 |
| Less Refunds to Debtor | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 24,672.00 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 4,000.00 | |
|    Trustee Fee | 1,480.62 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,480.62 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 0.00 | 10,296.91 | 0.00 | 10,296.91 |
|     Acct: 9521 | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 1,397.00 | 291.66 | 0.00 | 291.66 |
|     Acct: 9521 | | | | |
|   US SMALL BUSINESS ADMINISTRATION (* | 12,472.00 | 2,603.93 | 0.00 | 2,603.93 |
|     Acct: 8109 | | | | |
|   FORD MOTOR CREDIT CO LLC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1479 | | | | |
|   ONE MAIN FINANCIAL GROUP LLC SVCR | 12,213.00 | 3,918.08 | 2,080.80 | 5,998.88 |
|     Acct: 5508 | | | | |
| | | | | 19,191.38 |
| **Priority** | | | | |
|   DANIEL P FOSTER ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LARRY RUSSELL REDDINGER, JR. | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LARRY RUSSELL REDDINGER, JR. | 5.00 | 5.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| 23-10338 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | |
| FOSTER LAW OFFICES** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DANIEL P FOSTER ESQ** | 4,000.00 | 4,000.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| PA DEPARTMENT OF LABOR & INDUSTRY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9579 | | | | |
| US SMALL BUSINESS ADMINISTRATION (* | 63,535.63 | 0.00 | 0.00 | 0.00 |
| Acct: 8109 | | | | |
| VERIZON BY AMERICAN INFOSOURCE - A | 193.15 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| ONE MAIN FINANCIAL GROUP LLC SVCR | 2,188.20 | 0.00 | 0.00 | 0.00 |
| Acct: 5508 | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DANIELLE REDDINGER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WELTMAN WEINBERG & REIS CO LPA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | ***NONE*** | | | |

TOTAL PAID TO CREDITORS                                                                                                   19,191.38

TOTAL CLAIMED
PRIORITY           0.00
SECURED        26,082.00
UNSECURED      65.916.98

Date: 07/07/2025

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com